WR-77,157-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 10:31:34 AM
Accepted 7/27/2015 11:32:32 AM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**IN AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
7/27/2015
ABEL ACOSTA, CLERK

| |
|---|
| **Ex parte Daniel Lee Lopez,**<br><br>**Applicant** |

**Cause No. _____**

**MOTION FOR LEAVE TO APPEAR**

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

On January 23, 2013, the Honorable Nelva Gonzales Ramos of the United States District Court for the Southern District of Texas appointed undersigned Counsel to represent Daniel Lee Lopez in federal habeas proceedings. Order, *Lopez v. Thaler*, No. 2:12-cv-00160, ECF No. 17. As the federal court noted, pursuant to 18 U.S.C. § 3599(e) and *Harbison v. Bell*, 556 U.S. 180 (2009), this appointment "continue[s] through 'every subsequent stage of judicial proceedings … and all available post-conviction process together with applications for stays of execution and other appropriate motions and procedures….'" *Id.* at 2.

As this Court is aware, pursuant to the Court's order of January 14, 2015, undersigned Counsel cannot practice or appear before this Court without first obtaining leave to do so. *In re Dow*, Nos. WR-61,939-01, -02, at *3 (Tex. Crim. App. Jan. 14, 2015). Counsel therefore respectfully prays the Court grant him leave to appear to file a motion to stay Lopez's execution and a subsequent

application for postconviction writ of habeas corpus on behalf of his client, Daniel

Lee Lopez – scheduled to be executed on August 12, 2015.

Respectfully submitted,

/s/ David R. Dow
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131
Email ddow@central.uh.edu

*Counsel for Daniel Lee Lopez*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, a copy of the foregoing motion was served on Nueces County District Attorney, Mark Skurka, via email to nueces.districtattorney@nuecesco.com.

/s/ David R. Dow
David R. Dow